AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| LESLIE GREEN | ) | |
| _Plaintiff_ | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12cv882 |
| The Prudential Insurance Company of America | ) | |
| Owens & Minor, Distribution, Inc. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ The Prudential Insurance Company of America
SERVE: CT Corporation System, Registered Agent
4701 Cox Road, Suite 301
Glen Allen, Virginia 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SUSAN M. ROTKIS, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. CLYDE MORRIS BOULEVARD, SUITE 1-A
NEWPORT NEWS, VA. 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

_CLERK OF COURT_

Date: DEC 13 2012

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| LESLIE GREEN | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. 3:12cv882 |
| v. | ) | |
| The Prudential Insurance Company of America | ) | |
| Owens & Minor, Distribution, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OWENS & MINOR, Distirbution, Inc.
SERVE: Grace den Hartog, Registered Agent
9120 Lockwood Boulevard
Mechanicsville, VA 23116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUSAN M. ROTKIS, ESQ.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. CLYDE MORRIS BOULEVARD, SUITE 1-A
NEWPORT NEWS, VA. 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

*CLERK OF COURT*

Date:  DEC 13 2012

_____
*Signature of Clerk or Deputy Clerk*