IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LESLIE GREEN,

       Plaintiff,

v.                                        Civil Case No. 3:12-cv-00882-JAG

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, INC.,
and OWENS & MINOR DISTRIBUTION, INC.,

       Defendants.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Initial Pretrial Order are referred to United States Magistrate Judge David Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within thirty (30) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Magistrate Judge Novak shall approve.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: February 27, 2013
Richmond, VA

                                              /s/
                                   John A. Gibney, Jr.
                                   United States District Judge