IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LESLIE GREEN,

       Plaintiff,

v.                                      Civil Case No. 3:12-cv-00882-JAG

PRUDENTIAL INSURANCE COMPANY
OF AMERICA, INC.,
and OWENS & MINOR DISTRIBUTION, INC.,

       Defendants.

## MEMORANDUM ORDER

THIS MATTER is before the Court on the plaintiff's "motion to strike the documents filed by Prudential as the so-called administrative record and motion to unseal." (Dk. No. 31.) In her motion, the plaintiff requests various forms of relief. First, she argues that Defendant Prudential Insurance Company of America, Inc. ("Prudential") should file an appropriately redacted copy of the administrative record in place of the current sealed version. Prudential does not oppose such action. Accordingly, the Court DIRECTS Prudential to file a redacted copy of the record within ten (10) days of the date of this Order. The original, sealed version should remain in the Clerk's Office as part of the case record while the redacted version is made publicly available.

Prudential has indicated that the administrative record contains some sensitive information. Consequently, the plaintiff must inform Prudential immediately if she wishes for any specific information in the record not to be made public.

The plaintiff also argues that Prudential has provided an incomplete administrative record and asks the Court to direct Prudential to produce a "complete" record.  Prudential contends, however, that it has produced the record that it compiled in reviewing the plaintiff's claim for long-term disability benefits, thus satisfying its obligations under controlling ERISA regulations. *See* 29 C.F.R. § 2560.503-1(m)(8).

If the plaintiff seeks additional documents from Prudential, she may file an appropriate motion to compel production, describing with specificity what documents she seeks and why the above regulations require these documents to be produced and included in the administrative record.  She should furthermore cite relevant legal authorities in support of her motion.

In sum, the Court GRANTS the motion in part and DENIES the motion in part.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>March 21, 2013</u>
Richmond, VA

/s/
Joh___ _____ey, Jr.
U_ _____es District Judge